U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*       *414 / 297-1700*

*Milwaukee, WI 53202*

December 17, 2009

The Honorable Aaron E. Goodstein
United States Magistrate Judge

    Re: Bond Motion of Jerry King
        09-CR-271

Dear Judge Goodstein:

The government opposes the defendant's motion for release. The defendant was initially charged in state court in May of 2009, following a state wiretap investigation. His bond was set at $50,000 cash. In October of 2009, it was reduced to $45,000 cash.

The defendant is now federally indicted in a 10 year to life drug conspiracy and six counts of drug distribution, the result of controlled buys of crack cocaine made from the defendant. So there is a presumption of detention on all counts.

The defendant has a lengthy criminal history, that includes two prior drug trafficking convictions, one in Milwaukee County in 1993, the other in Indiana in 1996. He was sentenced to prison. He also has a prior conviction for escape. As a result of these convictions, the defendant is probably a Career Offender under the sentencing guidelines. His guideline is estimated at 360 months to Life, without acceptance for responsibility.

In addition, because of the two prior drug trafficking crimes, Mr. King is potentially facing a mandatory life sentence, if two 851 enhancements are filed. The defendant denies the conviction listed in Indiana. Even so, the filing of one 851 enhancement would subject him to a minimum mandatory sentence of 20 years.

The defendant was born in Chicago. Many of his family members still live there. PTS was unable to verify any of the social information provided by the defendant. The defendant reports no employment for the past four years. He admits that prior to his incarceration in May, he was a daily user of marijuana and cocaine. He has a history of using false names, aliases or false identifications. PTS recommended detention.

The defendant proposes that he can get a job with a "cousin" driving a van for a daycare if he is released. Frankly, that's the last thing a person with his history should be doing - taking responsibility for the safety of infants and toddlers.

Based on the foregoing, the government respectfully requests that the defendant's request for release be summarily denied.

                                            Respectfully submitted,

                                            MICHELLE L. JACOBS
                                            Acting United States Attorney

                    By:     s/ ELIZABETH M. BLACKWOOD

                                            ELIZABETH M. BLACKWOOD
                                            Assistant United States Attorney
                                            Bar No: 01017831
                                            Attorney for Plaintiff
                                            Office of the United States Attorney
                                            Eastern District of Wisconsin
                                            517 East Wisconsin Avenue, Room 530
                                            Milwaukee, Wisconsin 53202
                                            Telephone: (414) 297-1582
                                            Fax: (414) 297-1738
                                            E-Mail: elizabeth.blackwood@usdoj.gov